IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| HENRY MCMASTER, in his official capacity as Governor of the State of South Carolina, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>*Defendants*. | Civil Action No.: 3:23-cv-1038-SAL |

## SCHEDULING ORDER

The Court accepts the schedule proposed jointly by the Parties (ECF No. 31) and hereby enters the following deadlines:

**August 30, 2024**: Defendants' Motion to Dismiss due

**September 20, 2024**: Plaintiffs' Opposition due

**October 11, 2024**: Defendants' Reply due

**June 20, 2025**: Plaintiffs' Motion for Summary Judgment

**July 18, 2025**: Defendants' Combined Opposition & Cross Motion for Summary Judgment

**August 15, 2025**: Plaintiffs' Combined Reply & Opposition

**September 5, 2025**: Defendants' Reply

**September 22, 2025**: Hearing on Motions for Summary Judgment

It is so ordered.

Date: 7/25/2024

s/ Sherri A. Lydon
SHERRI A. LYDON
United States District Judge